# Order

Michigan Supreme Court
Lansing, Michigan

March 4, 2013

146222 & (71)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

STEVEN LYNN NICHOLSON,
     Defendant-Appellant.

SC: 146222
COA: 304784
Wayne CC: 10-012115-FC

_____/

On order of the Court, the motion for leave to file *pro per* supplemental application is GRANTED. The application for leave to appeal the October 2, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

VIVIANO, J., not participating.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 4, 2013

_____
Clerk

t0225